**JUDGE HOLWELL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   - v. -                              :        07 Cr.

SARFRAZ AHMAD,                    :

                   Defendant.           **07 CRIM 1163**

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COUNT ONE

    The Grand Jury charges:

    On or about July 27, 2007, and continuing thereafter, in the Southern District of New York and elsewhere, SARFRAZ AHMAD, the defendant, having been released on bail in connection with a charge of an offense punishable by a fine or imprisonment for not more than fifteen years, or both, unlawfully, willfully and knowingly did fail to appear before a court as required by the conditions of his release, to wit, SARFRAZ AHMAD failed to appear before United States District Court Judge Richard Holwell on July 27, 2007, for a pre-trial conference in the matter of United States v. Sarfraz Ahmad, 06 Cr. 353 (RJH), or at any time thereafter.

    (Title 18, United States Code, Sections 3146(a)(1) and (b)(1)(A)(i).)

_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SARFRAZ AHMAD,

                Defendant.

**INDICTMENT**

07 Cr.

(18, U.S.C. §§ 3146(a)(1)
and (b)(1)(A)(i).)

                MICHAEL J. GARCIA
                United States Attorney.

A TRUE BILL

                              Foreperson.

*Post 11-1-87*
*12/17/07*
*Filed Ind*
*Ellis J.*